| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Morgan Keegan & Company, Inc., §
§
      Plaintiff, §
§
versus §    Civil Action H-10-4308
§
John J. Garrett, et al., §
§
      Defendants. §

## Order on Arbitration Award

The arbitration award against Morgan Keegan & Company, Inc., in favor of these people is vacated:

1. John J. Garrett
2. Nan M. Garrett
3. Henry R. Hamman
4. David W. Dauphin
5. Christy Dauphin
6. William C. Goodwin
7. HSMCO, Inc.
8. Vance C. Miller
9. Henry S. Miller, Jr.
10. J. Stephen Harris
11. The Ryrie Foundation
12. Elizabeth Ryrie Anthony
13. Carolyn R. Howard
14. Charles C. Ryrie
15. Steven Charles Anthony Trust
16. Matthew John Anthony Trust
17. Claire Hannah Howard Trust
18. Edgar Smith
19. 1981-1 Irrevocable Trust

Signed on September 30, 2011, at Houston, Texas.

                                                    Lynn N. Hughes
                                              United States District Judge